IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALICIA B. JACKSON,

    Plaintiff,

    v.

BOARD OF EQUALIZATION,

    Defendant.

No. CIV S-09-1387 FCD DAD PS

<u>ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS, DIRECTING CLERK TO SEND MATERIALS FOR SERVICE, AND REQUIRING SERVICE BY UNITED STATES MARSHAL</u>

    This proceeding was referred to the undersigned pursuant to Local Rule 72-302(c)(21). Plaintiff seeks declaratory, injunctive, and monetary relief for employment discrimination. Plaintiff alleges jurisdiction based on the Civil Rights Act of 1964.

    Plaintiff has requested leave to proceed in forma pauperis under 28 U.S.C. § 1915. The undersigned finds that plaintiff's in forma pauperis application makes the showing required by the statute. Accordingly, plaintiff's request to proceed in forma pauperis will be granted.

    IT IS HEREBY ORDERED that:

    1. Plaintiff's May 19, 2009 motion to proceed in forma pauperis is granted.

    2. The Clerk of the Court is directed to issue process and send plaintiff an instruction sheet for service of process by the United States Marshal, together with one USM-285 form, a summons form, and an endorsed copy of plaintiff's complaint filed May 19, 2009.

3. Within thirty (30) days after this order is served, plaintiff shall submit a properly completed USM-285 form, a properly completed summons form, two true and exact copies of the endorsed complaint, and one copy of this order directly to the United States Marshal either by personal delivery or by mail to United States Marshals Service, 501 I Street, Suite 5600, Sacramento, CA 95814.

4. Within ten (10) days after submitting the required materials to the United States Marshals Service, plaintiff shall file with this court a declaration stating the date on which he submitted the required documents to the United States Marshal. Failure to file the declaration in a timely manner may result in an order imposing appropriate sanctions.

5. Within thirty (30) days after receiving the necessary materials from plaintiff, the United States Marshal is directed to serve process on defendant Board of Equalization.

DATED: June 12, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\jackson1387.ifp.serve