IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALICIA B. JACKSON,

      Plaintiff,                      No. CIV S-09-1387 FCD DAD PS

     v.

BOARD OF EQUALIZATION,

      Defendant.                <u>ORDER</u>

_____/

      This matter came before the court on October 9, 2009, for hearing of defendant's properly noticed motion to dismiss, motion to strike, and motion for more definite statement. The court also addressed plaintiff's unnoticed motion for leave to amend filed October 8, 2009 and docketed on the morning of the hearing. Attorney Kristin M. Daily appeared for the moving party. Plaintiff, proceeding pro se, appeared on her own behalf.

      After hearing the parties' arguments, and for the reasons stated in open court, IT IS HEREBY ORDERED that:

      1. Defendant's September 8, 2009 motions to dismiss, to strike, and for more definite statement (Doc. No. 8) are granted;

      2. Plaintiff's October 8, 2009 motion for leave of court to amend her complaint (Doc. No. 12) is granted;

1

3. Plaintiff's amended complaint shall be filed with the court within one week after October 9, 2009, and shall include a certificate of service reflecting the date on which the amended complaint was served on defendant's counsel;

4. Defendant's response to plaintiff's amended complaint shall be filed with the court and served on plaintiff by mail within twenty (20) days from the date the amended complaint is filed or served, whichever is later; and

5. If defendant's response to the amended complaint is an answer, a Status (Pretrial Scheduling) Conference will be set by the court; if defendant's response is a motion, the motion will be heard in accordance with defendant's notice of motion; plaintiff shall file and serve her written opposition or a statement of non-opposition to the motion in compliance with Local Rule 78-230(c), and defendant shall file and serve any reply in accordance with Local Rule 78-230(d).

DATED: October 9, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\jackson1387.oah.100909