IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALICIA B. JACKSON,

Plaintiff,

No. CIV S-09-1387 JAM DAD PS

vs.

BOARD OF EQUALIZATION,

Defendant.

ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE

_______________________________/

The court's records for this case reflect that defendant has filed an answer to plaintiff's second amended complaint. Accordingly, the action has been referred to the undersigned pursuant to Local Rule 302(c)(21) for all purposes encompassed by that rule.

Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS ORDERED that:

1. A Status (Pretrial Scheduling) Conference is set for **Friday, December 16, 2011, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.

2. Each party is required to appear at the Status Conference, either by counsel or, if proceeding in propria persona, on his or her own behalf. Any party may appear at the status conference telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the

courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the Status (Pretrial Scheduling) Conference; a land line telephone number must be provided.

3. Plaintiff shall file and serve her own separate status report on or before **December 2, 2011,** and defendant shall file and serve its own separate status report on or before **December 12, 2011**. Each party's status report shall address all of the following matters, if applicable to this case:

a. Progress of service of process;

b. Possible joinder of additional parties;

c. Possible amendment of the pleadings;

d. Jurisdiction and venue;

e. Anticipated motions and the scheduling thereof;

f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

g. Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

i. Whether the case is related to any other case, including matters in bankruptcy;

j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

l. Any other matters that may aid in the just and expeditious disposition of this action.

4. The parties are cautioned that failure to file a status report or failure to appear at the status conference may result in an order imposing an appropriate sanction. See Local Rules 110 and 183.

DATED: October 26, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.prose\jackson1387.ossc